JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| **LARRY ANGEL MARTINEZ,** | )<br>) |
| Plaintiff, | ) No. EDCV 17-331-MWF (AJW)<br>) |
| v. | ) **JUDGMENT**<br>) |
| **COUNTY OF RIVERSIDE SHERIFF DEPARTMENT, et al.,** | )<br>)<br>) |
| Defendants. | ) |

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: May 26, 2017

_____
Michael W. Fitzgerald
United States District Judge